Dabba versus Franklin et al. ... ... ... ... ... Ms. Kubitschek, did I pronounce that right?